# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00536-CV

**In re Reginald I. Bailey a/k/a Ray Hill**

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Reginald I. Bailey represents himself in an appeal from an order of dismissal entered by the 126th District Court in Travis County cause number D-1-GN-07-000300. The appeal is pending in this Court as our cause number 03-08-00367-CV. On August 7, 2008, the clerk wrote a letter to Bailey advising him that the clerk's record has not been filed in his appeal because he has not made arrangements for paying for it. Bailey responded to this letter by filing the instant petition for writ of mandamus. In the petition, Bailey asserts that he is indigent and asks the Court to order the preparation of a free clerk's record.

In order to obtain the clerk's record at no cost to himself, Bailey must file with the district clerk an affidavit stating that he is indigent and otherwise complying with the requirements of rule 20.1. *See* Tex. R. App. P. 20.1. Absent Bailey's compliance with this rule, the district clerk is not obligated to prepare the record.

The petition for writ of mandamus is denied.  *See* Tex. R. App. P. 52.8(a).


_____

Jan P. Patterson, Justice

Before Justices Patterson, Waldrop and Henson

Filed:   September 11, 2008